FILING FEE $150 PAID / In Forma Pauperis / 124375 / Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-80689-CIV-RYSKAMP/VITUNAC

VOIS INC.,
               Plaintiff

v.

EDWARD SPINDEL and
MICHAEL SPINDEL,
               Defendants

FILED by _____ D.C.

JUN 2 6 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of WALTER J. WIGGINS, ESQ. (Northern District of New York Bar Roll No. 501302) and EDWARD E. KOPKO, ESQ. (Northern District of New York Bar Roll No. 510874), of the law firm of WIGGINS & KOPKO, LLP, 308 North Tioga Street, Ithaca, New York 14850, telephone no. 607-272-0479, for purposes of limited appearance as co-counsel on behalf of EDWARD SPINDEL and MICHAEL SPINDEL herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit WALTER J. WIGGINS and EDWARD E. KOPKO to receive electronic filings in this case, and in support thereof states as follows:

    1.    WALTER J. WIGGINS (Northern District of New York Bar Roll No. 501302) and EDWARD E. KOPKO (Northern District of New York Bar Roll No. 510874) are not admitted to practice in the Southern District of Florida and are members in good standing of the New York State Bar Association and the US District Court for the Northern District of

New York.

2. BRETT A. ELAM, ESQ., of THE LAW OFFICES OF BRETT A. ELAM, P.A., 301 W. Atlantic Avenue, Suite O-%, Delray Beach, FL 33444, telephone no. 561-819-6256, Florida Bar No. 576808, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, WALTER J. WIGGINS, ESQ. and EDWARD E. KOPKO, ESQ., have made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. WALTER J. WIGGINS and EDWARD E. KOPKO, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby request the Court to provide Notice of Electronic Filings to WALTER J. WIGGINS and EDWARD E. KOPKO at email addresses: wjw@wigginskopko.com and eek@wigginskopko.com.

WHEREFORE, BRETT A. ELAM, ESQ. moves this Court to enter an Order permitting WALTER J. WIGGINS, ESQ., and EDWARD E. KOPKO, ESQ., to appear before this Court on behalf of EDWARD SPINDEL and MICHAEL SPINDEL for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to WALTER J. WIGGINS, ESQ., and EDWARD E. KOPKO, ESQ.

**I HEREBY CERTIFY** that a true copy of the Motion for Limited Appearance. Consent to Designation and Request to Electronically Receive Notices of Electronic Filings has been furnished by facsimile and regular U.S. Mail to: **Wayne Schwartz, Esq.**, 5550 Glades Road, Suite 401, Boca Raton, FL 33431-7215 (561-981-9980) on this 25th day of June 2008.

> BRETT A. ELAM, ESQ.
> ATTORNEY AT LAW
> Attorney for Defendants
> 301 W. Atlantic Avenue, Suite O-5
> Delray Beach, FL 33444
> (561) 819-6256 (telephone)
> (561) 819-5143 (facsimile)
>
> By: _____
> BRETT A. ELAM
> Florida Bar No. 576808

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-80689-CIV-RYSKAMP/VITUNAC

VOIS INC.,
                  Plaintiff
v.

EDWARD SPINDEL and
MICHAEL SPINDEL,
                  Defendants

### CERTIFICATION OF WALTER J. WIGGINS

WALTER J. WIGGINS, ESQ., pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of New York State Bar Association and the US District Court for the Northern District of New York.



Walter J. Wiggins, Esq. (Northern District of NY Bar Roll No. 501302)
wjw@wigginskopko.com
WIGGINS & KOPKO, LLP
308 North Tioga Street
Ithaca, New York 14850
Telephone No. 607-272-0479
Facsimile No. 607-273-0502

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-80689-CIV-RYSKAMP/VITUNAC

VOIS INC.,
          **Plaintiff**

v.

EDWARD SPINDEL and
MICHAEL SPINDEL,
          **Defendants**

## CERTIFICATION OF EDWARD E. KOPKO

EDWARD E. KOPKO, ESQ., pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of New York State Bar Association and the US District Court for the Northern District of New York.

_[signature]_

Edward E. Kopko, Esq. (Northern District of NY Bar Roll No. 510874)
eek@wigginskopko.com
WIGGINS & KOPKO, LLP
308 North Tioga Street
Ithaca, New York 14850
Telephone No. 607-272-0479
Facsimile No. 607-273-0502